to the appellant. No opinion. The bill of particulars to be served within thirty days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KENNETH I. HOFFMAN, Appellant, v. JACK ROTHSTONE and Another, as Administrators C. T. A., etc., of ARNOLD ROTHSTEIN, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAURA E. MURNANE, Appellant, v. EDWARD J. MURNANE, Respondent.— Order affirmed, without costs, but without prejudice to a renewal of the motion unless the defendant turns over the property specified in paragraph 4 of the separation agreement within twenty days after service of the order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES TALCOTT, INC., Respondent, v. BARROW COUNTY COTTON MILLS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES TALCOTT, INC., Respondent, v. BARROW COUNTY COTTON MILLS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BACHMANN, EMMERICH & CO., INC., Respondent, v. PARK LANE DRESSES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEX A. AARONS and VINTON FREEDLEY, Copartners, etc., Appellants, v. BERT LAHR and GEORGE WHITE, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MARINO, Principal, and EQUITABLE CASUALTY AND SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IVAN VASILEVICH KLOCHKOV, Respondent, v. PETROGRADSKI MEJDUNARODNI COMMERCHESKI BANK, Also Known as BANQUE INTERNATIONALE DE COMMERCE DE PETROGRAD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAM MARKMAN, Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BESSIE E. ARNOLD, Respondent, v. RAY H. ARNOLD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

BESSIE E. ARNOLD, Appellant, v. RAY H. ARNOLD, Respondent.— Orders affirmed. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

LEONA IMHOF, Appellant, v. WALTER J. IMHOF, Respondent.— Order modified by providing that alimony in arrears for the support and maintenance of plaintiff and the children of said marriage be paid to plaintiff, and also one-half of the counsel fee; the balance of counsel fee to be paid at the time of trial; and as so